UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA  :
                          :
v.                        :     Case No. 1:25CR42
                          :
MISTY ANN DAVIS           :

### AGREED STATEMENT OF FACTS

This Agreed Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct of Misty Ann Davis ("Davis") in this case. It does not contain all the information discovered during the investigation or applicable to an accurate Presentence Investigation Report or sentencing guidelines calculation. This Agreed Statement of Facts is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

On or about and between 2024 and 2025, Davis, April Marie Swindle, Justin Wayne ("Judd") Dean, Brandon Mark Howell, William Matthias Mills, and others knowingly and intentionally entered into an agreement or understanding to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in Wise County, Virginia, and elsewhere. Wise County is within the Western District of Virginia.

During the relevant period, Davis purchased methamphetamine on front from co-conspirator Mills, which she then distributed to individuals in Wise County on Mills' behalf. For example, every week to 1.5 weeks from January to March 2025, Davis purchased one-fourth pound of methamphetamine from Mills, owing $1,400. The most

methamphetamine Davis obtained from Mills at one time was three-fourths of a pound. Davis distributed the methamphetamine she obtained from Mills to individuals in Wise County on Mills' behalf, including sales to D.J., D.G., and others. Most of Davis's drug sales took place at her residence in Coeburn, Virginia.

Davis had knowledge of the overall objective and scope of the conspiracy to distribute and possess with the intent to distribute methamphetamine, and knowingly and voluntarily participated in the conspiracy. Davis personally distributed at least one kilogram of a mixture or substance containing methamphetamine over the life of the conspiracy.

Additionally, the Southwest Drug Task Force conducted at least three, audio and video recorded controlled purchases of methamphetamine from Davis during the relevant period. Each of these controlled purchases took place at Davis's residence in Coeburn, Virginia, which is within the Western District of Virginia. Specifically, on or about February 3, 2025, Davis knowingly and intentionally sold a confidential informant working for the Southwest Drug Task Force approximately 2.53 grams of crystalline substance containing methamphetamine, a Schedule II controlled substance, for $100. Two days later, on or about February 5, 2025, Davis knowingly and intentionally sold a confidential informant working for the Southwest Drug Task Force approximately 20.832 grams of crystalline substance containing methamphetamine for $500. Approximately eight days later, on or about February 13, 2025, Davis knowingly and intentionally sold a confidential informant working for the Southwest Drug Task Force approximately 55.92 grams of 98 percent pure methamphetamine for $1,000.

By signing below, Misty Ann Davis affirms that she has reviewed this statement of facts with her attorney, and that she agrees it is true and accurate. Davis further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

__10/27/25__
Date

__10/27/2025__
Date

10/27/2025
Date

__Misty Davis__
Misty Ann Davis
Defendant

__Dennis E. Jones__
Dennis E. Jones
Counsel for Defendant
VA Bar # 14007

__Lena Busscher__
Lena Busscher
Assistant United States Attorney