# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES –GUILTY PLEA

**Case No.:** 1:25CR42-02          **Date:** 11/6/2025

**Defendant:** Misty Ann Davis, Custody      **Counsel:** Dennis Jones, CJA

**PRESENT:**
- JUDGE: Robert S. Ballou
- TIME IN COURT: 11:28a-12:16p 48 mins
- Deputy Clerk: C. Kemp
- Court Reporter: S. Bragg
- U. S. Attorney: Lena Busscher
- USPO: Sumer Taylor

**PROCEEDINGS:**
- ☒ Defendant placed under oath. Court questions defendant regarding her physical and mental condition, and advises defendant of her rights, and the nature and possible consequences of plea.
- ☒ Plea Agreement and Statement of Facts previously filed with court.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Guilty plea form executed and filed.
- ☒ Court accepts plea and finds defendant guilty as to Counts 1 and 13 of the Indictment.

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Counts 1 and 13 of the Indictment | | | |

- ☒ Court orders Presentence Report.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing May 1, 2026 at 1:00 p.m. before Robert S. Ballou.