CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
11/7/2025
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:25CR42-02 |
| ) | |
| MISTY ANN DAVIS ) | |

**SENTENCING HEARING ORDER**

This matter is set for sentencing on May 1, 2026 at 1:00 p.m.

In connection with the sentencing hearing, it is ORDERED as follows:

1. No later than seven (7) days before sentencing, the prosecution and defense shall prepare and file a sentencing memorandum addressing sentencing considerations appropriate to the case.  Each memorandum shall specifically address the factors to be considered in imposing a sentence under 18 U.S.C. 3553(a).  No response memoranda are required, but any party filing a response must do so by the earlier of seven (7) days after service of the sentencing memorandum or not less than two (2) days before sentencing.

2. The sentencing memorandum shall identify all witnesses who are expected to testify at sentencing.

3. Any exhibits to be introduced at sentencing shall be filed with the sentencing memorandum no later than seven (7) days prior to sentencing.

Enter:  November 7, 2025

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge